■ VERNON MURPHY, Appellant, v. NEW YORK WORLD-TELEGRAM CORPORATION et al., Respondents.— Order unanimously modified in the exercise of discretion to the extent of striking item IV, subdivisions 4 and 19, and as so modified affirmed, without costs. Subdivision 4 would require an exami-

nation on issues not presented in the pleadings. Subdivision 19 is bad in form. Settle order. Concur — Botein, P. J., Breitel, Rabin, Stevens and Bergan, JJ.